UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF |
| **Arturo ZUAREZ-Maldonado,** | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **December 9, 2007** within the Southern District of California, defendant, **Arturo ZUAREZ-Maldonado,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **DECEMBER, 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

*GJM*

**CONTINUATION OF COMPLAINT:**
**Arturo ZUAREZ-Maldonado**

## PROBABLE CAUSE STATEMENT

On December 9, 2007, Border Patrol Agent P. Molina was performing line watch duties near Potrero, California, close to Harris Ranch Road and Highway 94. This area is approximately five miles east and two miles north of the Tecate, California Port of Entry. At approximately 1:15 a.m., Agent Molina responded to a radio call that a group of six individuals were about to cross the intersection of Highway 94 and Old Highway 94.

While searching the surrounding area Agent Molina located six individuals trying to hide in some rocks and brush. Agent Molina identified himself as a United States Border Patrol Agent and asked each of the individuals to state his respective country of citizenship, to which each individual replied, "Mexico." Agent Molina asked each of the individuals if they were in possession of any documents that would allow legal entry into the United States. Each of the subjects replied, "No." Agent Molina informed the group that they were now illegally present in the United States. Agent Molina placed all of the subjects, including the defendant later identified as **Arturo ZUAREZ-Maldonado** under arrest and all subjects were transported to the U.S. Border Patrol Tecate Processing Center in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 29, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and was willing to speak without the presence of a lawyer. The defendant once again states that he is a citizen and national of Mexico without documents that would allow him to enter or remain in the United States legally. The defendant states that he has been previously deported from the United States by an Immigration Judge.